**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 7, 2012**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MERCEDES ROMERO,** | : | **VIOLATIONS:** |
| **also known as Mercedes Martinez,** | : | **18 U.S.C. § 2113(a)** |
| | : | **(Bank Robbery)** |
| **Defendant.** | : | |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 4, 2013, within the District of Columbia, **MERCEDES ROMERO**, also known as Mercedes Martinez, by force, violence and intimidation did take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about February 4, 2013, within the District of Columbia, **MERCEDES ROMERO**, also known as Mercedes Martinez, by force, violence and intimidation did take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia